UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN JONATHAN PARENT, | CASE NO. 2:21-cv-01042-RSM-BAT |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SEAN ENGERT, et al., | |
| Defendant. | |

Having reviewed the Report and Recommendation ("R&R") of the assigned United States Magistrate Judge, any objections or responses to the R&R, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. #5).

(2) Plaintiff's complaint is DISMISSED without prejudice.

(3) Plaintiff's motion for an extension of time to correct *in forma pauperis* application deficiencies (Dkt. #4) is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to the parties.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 7th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2